WRIGHT, FINLAY & ZAK, LLP
Matthew S. Carter, Esq.
Nevada Bar No. 9524
R. Samuel Ehlers, Esq.
Nevada Bar No. 9313
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
sehlers@wrightlegal.net
*Attorneys for Plaintiff, Bank of America, N.A., Successor By Merger to Bac Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES, a Nevada limited liability company,<br><br>Defendant. | Case No.: 2:17-cv-02808-APG-CWH<br><br>**STIPULATION AND ORDER TO STAY CASE FOR 90 DAYS** |

COMES NOW, Plaintiff, BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP ("BANA" or "Plaintiff"), and Defendant, SATICOY BAY LLC SERIES ("Saticoy Bay" or "Defendant") (together referred to as "Parties") by and through their respective undersigned counsels of record and hereby stipulate and agree as follows:

1. That this matter shall be stayed for 90 days pursuant to the agreement of the Parties as the Parties are discussing possible settlement and because the certified question in SFR Investment Pool 1, LLC v. Bank of New York Mellon (NRAP 5) Supreme Court Case

NO. 72931 ("Certified Question Case") may be informative to this Court regarding both parties claims to quiet title to property at 4955 South Jeffreys #705, Las Vegas, Nevada 89119, APN #162-26-512-095 (hereinafter the "Property").

2. The Parties believe that significant judicial resources will be saved if the Court refrains from issuing a decision in this until after Case No. 72931. Both Parties hereby stipulate that neither side is agreeing to the legal effect of the Certified Question Case or that it will necessarily be dispositive of the entire case but that it could certainly affect the Parties positions once a decision has been made.

3. The Parties agree that the current discovery dates should be vacated and reset after the 90 days has passed. The parties shall submit an updated scheduling order with new dates for disclosing experts and for the close of discovery once the 90 days has passed.

4. The Parties further agree that the Stipulation to Amend the Complaint, service of the Amended Complaint, or any Answer, Responsive Pleading to the Amended Complaint, or cross-claim and service thereof, shall not be subject to this Stay unless otherwise agreed to by the Parties.

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: July 27, 2018.

*BANA v. Saticoy Bay*
Case No.: 2:17-cv-02808-APG-CWH

IT IS SO STIPULATED.

| DATED 23rd day of July, 2018. | DATED 23rd day of July, 2018. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | GEISENDORF & VILKIN, PLLC |
| */s/ R. Samuel Ehlers, Esq.* | */s/ Charles L. Geisendorf, Esq.* |
| _____ | _____ |
| Matthew S. Carter, Esq.<br>Nevada Bar No. 9524<br>R. Samuel Ehlers, Esq.<br>Nevada Bar No. 9313<br>7785 West Sahara Avenue, Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff/Counter/Cross-Defendant, PROF-2016-S3 Legal Title Trust IV, by BANA National Association, as Legal title Trustee* | Charles L. Geisendorf, Esq.<br>Nevada Bar No. 6985<br>2470 St. Rose Parkway, Suite 309<br>Henderson, Nevada 89074<br>*Attorney for Defendant Saticoy Bay LLC Series* |

*BANA v. Saticoy Bay*
Case No.: 2:17-cv-02808-APG-CWH

**ORDER**

**IT IS SO ORDERED**.

_____
U.S. DISTRICT COURT JUDGE

DATED: _____