1  WRIGHT, FINLAY & ZAK, LLP
   Matthew S. Carter, Esq.
2  Nevada Bar No. 9524
3  R. Samuel Ehlers, Esq.
   Nevada Bar No. 9313
4  7785 W. Sahara Ave., Suite 200
   Las Vegas, NV 89117
5  (702) 475-7964; Fax: (702) 946-1345
   sehlers@wrightlegal.net
6  *Attorneys for Plaintiff, Bank of America, N.A., Successor By Merger to Bac Home Loans
7  Servicing, LP f/k/a Countrywide Home Loans Servicing, LP*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES, a Nevada limited liability company,<br><br>Defendant. | Case No.: 2:17-cv-02808-APG-CWH<br><br>**STIPULATION AND ORDER TO ALLOW PLAINTIFF TO AMEND THE COMPLAINT** |

COMES NOW, Plaintiff, BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP F/K/A COUNTRYWIDE HOME LOANS SERVICING, LP ("BANA" or "Plaintiff"), and Defendant, SATICOY BAY LLC SERIES ("Saticoy Bay" or "Defendant") by and through their respective undersigned counsels of record and hereby stipulate and agree as follows:

1. On November 7, 2017, Plaintiff filed the instant action concerning claims to the real property commonly known as 4955 South Jeffreys #705, Las Vegas, Nevada 89119, APN #162-26-512-095 (hereinafter the "Property").

2. On October 17, 2017 Plaintiff filed a NRED Complaint against the HOA – Sutton Place Homeowner's Association. See Exhibit 1.

3. After several service attempts the HOA could not be served and an Affidavit of Due Diligence was filed with the NRED Office. See Exhibit 2.

4. On February 28, 2018 the NRED Division issued a letter stating service was attempted on the HOA but service could not be effectuated. NRED then closed the claim. See Exhibit 3.

5. On December 5, 2017 a Motion to Dismiss was filed by Defendant.

6. Plaintiff filed an Opposition and Motion to Amend/Correct the Complaint was filed on December 19, 2017.

7. A Reply to the Motion to Dismiss and Motion to Amend/Correct was filed by Saticoy Bank on December 26, 2017.

8. On July 5, 2018 the Court Granted the Motion to Dismiss in Part and denied in Part and granted the Motion to Amend/Correct giving the Plaintiff until July 26, 2018 to file an Amended Complaint to correct the issues the court had with the Complaint.

9. This Stipulation is an Agreement to allow Plaintiff to not only file an Amended Complaint to correct issues found in the Order Granting the Motion to Dismiss in Part but is also a Stipulation to allow Plaintiff to add the HOA as a party. Defendant is not agreeing that the amended complaint complies with the issues raised in the July 5, 2018 Order but rather is just allowing the Plaintiff to Amend so that it can respond to the filing.

10. A copy of the Amended Complaint is attached as Exhibit 4.

*BANA v. Saticoy Bay*
Case No.: 2:17-cv-02808-APG-CWH

IT IS SO STIPULATED.

| | |
|---|---|
| DATED 25th day of July, 2018. | DATED 25th day of July, 2018. |
| WRIGHT, FINLAY & ZAK, LLP | GEISENDORF & VILKIN, PLLC |
| */s/ R. Samuel Ehlers, Esq.* | */s/ Charles L. Geisendorf, Esq.* |
| _____ | _____ |
| Matthew S. Carter, Esq.<br>Nevada Bar No. 9524<br>R. Samuel Ehlers, Esq.<br>Nevada Bar No. 9313<br>7785 West Sahara Avenue, Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff/Counter/Cross-Defendant, PROF-2016-S3 Legal Title Trust IV, by BANA National Association, as Legal title Trustee* | Charles L. Geisendorf, Esq.<br>Nevada Bar No. 6985<br>2470 St. Rose Parkway, Suite 309<br>Henderson, Nevada 89074<br>*Attorney for Defendant Saticoy Bay LLC Series* |

*BANA v. Saticoy Bay*
Case No.: 2:17-cv-02808-APG-CWH

## **ORDER**

**IT IS SO ORDERED**.

_____
U.S. MAGISTRATE JUDGE

DATED: July 30, 2018

Page 3 of 3